UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTANG INVESTORS, LLC, et al., | Case No. 19-cv-00109-TSH |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| ZINIA LIMOUSINES AND SEDAN CO., INC. DBA ZINIA LIMOUSINES AND SEDANS, et al., | |
| Defendants. | |

On April 4, 2019, the parties filed a joint case management statement in which they indicated they had agreed to participate in mediation, to occur after percipient witness depositions the week of June 10, 2019. ECF No. 19. On October 11, 2019, the parties indicated they had experienced delays and requested the Court extend the deadline to complete fact discovery prior to their mediation. ECF No. 37. The Court granted the parties' request and extended the deadline for fact discovery to November 29, 2019. However, as of February 4, 2020, there had been no further docket activity and no indication the parties had engaged in mediation. The Court ordered the parties to file a status report by February 18, 2020. ECF No. 40. No response has been received.

Accordingly, the Court **ORDERS** Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by February 27, 2019. No chambers copy is required. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 5, 2020 at 10:00 a.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided that failure to file a written response will be deemed an

admission that Plaintiffs do(es) not intend to prosecute, and the case will be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: February 19, 2020

THOMAS S. HIXSON
United States Magistrate Judge