PAUL D. FIFE (SBN 114848)
FIFE LAW, LLP
300 Montgomery St, Suite 850
San Francisco, CA 94104
Telephone: (415) 837-3101
Facsimile: (415) 837-3111
paulfife@fifelawllp.com

Attorneys for Defendants
ZINIA LIMOUSINES AND SEDAN CO.
INC. and YURIY AKOPOV, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mustang Investors, LLC: AGCS Marine Insurance Company, an Illinois corporation,<br><br>              Plaintiffs,<br>vs.<br><br>Zinia Limousines and Sedan Co. Inc. dba Zinia Limousines and Sedans; Yuriy Akopov, an individual; Zinia Enterprises, Inc.; US Bancorp Equipment Finance Inc.; US Bank National Association; Signature Flight Support Corporation; Adam J. Clark, an individual,<br><br>              Defendants. | Case No. 3:19-cv-00109-TSH<br><br>**STIPULATION OF DISMISSAL [F.R.C.P. 41(a)] AND ORDER OF DISMISSAL**<br><br>**United States Magistrate Judge: Thomas S. Hixson**<br><br>Action Filed: January 8, 2019 |

//

//

//

STIPULATION OF DISMISSAL [F.R.C.P. 41(A)] AND ORDER OF DISMISSAL        1
Mustang Investors, LLC, et al. v. Zinia Limousines and Sedan Co. Inc., et al.
Case No. 3:19-cv-00109-TSH

Plaintiffs MUSTANG INVESTORS, LLC and AGCS MARINE INSURANCE COMPANY, defendants and cross-claimants ZINIA LIMOUSINES AND SEDANS, INC. and YURIY AKOPOV, and defendants and cross-defendants SIGNATURE FLIGHT SUPPORT CORPORATION and ADAM J. CLARK, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed in its entirety, with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

//

//

//

Dated: April 20, 2020             PAMELA A. LEWIS, ATTORNEY AT LAW

By_____
with permission of and on behalf of
PAMELA A. LEWIS
Attorneys for Plaintiff
MUSTANG INVESTORS, LLC and
AGCS MARINE INSURANCE
COMPANY
Email: PALewis@PamelaALewis.com

Dated: April 20, 2020             FIFE LAW, LLP

By_____
PAUL D. FIFE
Attorneys for Defendants and Cross-Claimants ZINIA LIMOUSINES AND SEDAN CO. INC. and YURIY AKOPOV, an individual
Email: paulfife@fifelawllp.com

STIPULATION OF DISMISSAL [F.R.C.P. 41(A)] AND ORDER OF DISMISSAL        2
Mustang Investors, LLC, et al. v. Zinia Limousines and Sedan Co. Inc., et al.
Case No. 3:19-cv-00109-TSH

1
2   Dated: April 20, 2020                    LEADER BERKON
3                                            COLAO & SILVERSTEIN LLP
4
                                             By_____
5                                               with permission of and on behalf of
                                                ARTHUR I. WILLNER
6                                               Attorney for Defendants and Cross-
7                                               Defendants
                                                SIGNATURE FLIGHT SUPPORT
8                                               CORPORATION and ADAM J. CLARK
                                                Email:  awillner@leaderberkon.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATION OF DISMISSAL [F.R.C.P. 41(A)] AND ORDER OF DISMISSAL                    3
    Mustang Investors, LLC, et al. v. Zinia Limousines and Sedan Co. Inc., et al.
    Case No. 3:19-cv-00109-TSH

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the two parties, under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: April 20 , 2020

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL [F.R.C.P. 41(A)] AND ORDER OF DISMISSAL 4
Mustang Investors, LLC, et al. v. Zinia Limousines and Sedan Co. Inc., et al.
Case No. 3:19-cv-00109-TSH

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I, the undersigned, declare:

I am employed in the City and County of San Francisco. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 300 Montgomery Street, Suite 850, San Francisco, CA 94104.

On the date of execution of this declaration, I served the attached:

**STIPULATION OF DISMISSAL [F.R.C.P. 41(a)] AND ORDER OF DISMISSAL**

to the parties to this action as listed below and service of these document(s) by the manner specified below:

| | |
|---|---|
| Pamela A. Lewis<br>Pamela A. Lewis, Attorney at Law<br>P.O. Box 1870<br>Fair Oaks, CA 95628<br>T: 916/801-1850; F: 916/962-1849<br>PALewis@PamelaALewis.com<br>**Attorneys for Plaintiff Mustang Investors, LLC and AGCS Marine Insurance Company** | Arthur I. Willner<br>Leader Berkon Colao & Silverstein LLP<br>660 South Figueroa Street, Suite 1150<br>Los Angeles, CA 90017<br>T: 213/234-1750; F: 213/234-1747<br>awillner@leaderberkon.com<br>**Attorneys for Defendant, Signature Flight Support Corporation** |

/XX/ **(BY E-MAIL/ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated **April 20, 2020** at San Francisco, California.

*/s/ Patrick Doolittle*
Patrick Doolittle

---

CERTIFICATE OF SERVICE: STIPULATION OF DISMISSAL [F.R.C.P. 41(a)] AND ORDER OF DISMISSAL
Case No. 3:19-cv-00109-TSH

1